Order No. 97–27
March 18, 1997

18036     State v. Jelks                                             Affirmed

Order No. 97–28
March 27, 1997

18836     State v. Maka                                             Affirmed

Order No. 97–29
April 7, 1997

18172     Correa & .Son, Inc. v. Halawa Center                     Affirmed

Order No. 97–30
April 15, 1997

18161,     United Broth. of Carpenters and Joiners of America, Local
18216      745, AFL–CIO v. WCC Associates                          Vacated in
                                                                    part, Grant-
                                                                    ed in part

Order No. 97–31
April 15, 1997

18987     Raquinio v. Nakanelua                                     Affirmed